479 U.S. 871
 107 S.Ct. 239
 93 L.Ed.2d 164
 David W. McKAY, petitioner,
v.
TEXAS
 No. 85-6831
 Supreme Court of the United States
 October 6, 1986
 
 Petition for writ of certiorari to the Court of Criminal Appeals of Texas.
 
 
 1
 Denied.
 
 
 2
 Justice BRENNAN and Justice MARSHALL dissenting:
 
 
 3
 Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U.S. 153, 227, 231, 96 S.Ct. 2909, 2950, 2973, 49 L.Ed.2d 859 (1976), we would grant certiorari and vacate the death sentence in this case.
 
 
 4
 Justice SCALIA took no part in the consideration or decision of this petition.